AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Jonathan Zubin, on behalf of himself and all others simillary situated <br><br> *Plaintiff(s)* <br> v. <br> Coinbase, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:21-cv-07478-DMR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Coinbase, Inc.
                                     430 California Street
                                     San Francisco, CA 94104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew D. Carlson
                                     LAW OFFICE OF MATTHEW D. CARLSON
                                     3959 N. Buffalo Road, Suite 29
                                     Orchard Park, NY 14127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                     *Signature of Clerk or Deputy Clerk*