Matthew D. Carlson (State Bar No. 273242)
mdcarlson@mdcarlsonlaw.com
LAW OFFICE OF MATTHEW D. CARLSON
3959 N. Buffalo Road, Suite 29
Orchard Park, NY 14127
Telephone: (716) 242-1234

Attorney for Plaintiff JONATHAN ZUBIN

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ZUBIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC.<br><br>Defendant. | **Case No.: 4:21-cv-07478-DMR**<br><br>**NOTICE OF PARTIAL VOLUNTARY DISMISSAL** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and to the extent this dismissal is necessary in light of Plaintiff's operative First Amended Complaint, Plaintiff Jonathan Zubin hereby voluntarily dismisses this action without prejudice as to originally named Defendants Coinbase Global, Inc., Phillip Martin, and Matthew Muller.

Plaintiff's existing action against named Defendant Coinbase, Inc., is not affected by this dismissal.

Dated: November 3, 2021                    LAW OFFICE OF MATTHEW D. CARLSON

By: _/S/ Matthew D. Carlson__ _____
Matthew D. Carlson
Attorney for Plaintiff