| | |
|---|---|
| 1<br>2<br>3<br>4 | Matthew Carlson, 273242<br>7162421234<br>Law Office of Matthew D. Carlson<br>3959 N. Buffalo Road, Suite 29<br>Orchard Park, NY 14127<br>Representing: Plaintiff |

File No. 0005

United States District Court, Northern District of California

Northern District of California - District - Oakland

Jonathan Zubin, et al.

        Plaintiff/Petitioner

        vs.

COINBASE GLOBAL, INC., et al.

        Defendant/Respondent

Case No. 4:21-cv-07478-DMR

Proof of Service of:

    Original Complaint, First Amended Complaint, Summons, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Order Re Contents of Joint Case Management Statement, Standing Order for Judge Ryu, Notice Re Telephonic and Zoom Appearances, Notice Re Consent to Magistrate Form

  Service on:

    Coinbase, Inc.

PROOF OF SERVICE

OL#17170166

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Matthew Carlson, 273242<br>Law Office of Matthew D. Carlson<br>3959 N. Buffalo Road, Suite 29<br>Orchard Park, NY 14127 | 7162421234 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>0005 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Jonathan Zubin, et al.

DEFENDANT:
COINBASE GLOBAL, INC., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:21-cv-07478-DMR |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Original Complaint, First Amended Complaint, Summons, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Order Re Contents of Joint Case Management Statement, Standing Order for Judge Ryu, Notice Re Telephonic and Zoom Appearances, Notice Re Consent to Magistrate Form

2. Party Served: Coinbase, Inc.

3. Person Served: CT Corp - Jessie Gastelum, Process Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 11/03/2021   12:46PM

5. Address, City and State: 330 North Brand Blvd, #700
   Glendale, CA 91203

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Los Angeles
Registration No.: 2019217220
Jessica Brown
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 11/04/2021 at Petaluma, California.

Signature: /s/ JB

Jessica Brown

OL# 17170166