| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>STEVEN P. RAGLAND - # 221076<br>sragland@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Defendant COINBASE, INC. | Matthew D. Carlson (State Bar No. 273242)<br>mdcarlson@mdcarlsonlaw.com<br>LAW OFFICE OF MATTHEW D. CARLSON<br>3959 N. Buffalo Road, Suite 29<br>Orchard Park, NY 14127<br>Telephone: (716) 242-1234<br><br>Attorney for Plaintiff JONATHAN ZUBIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN ZUBIN, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>COINBASE, INC.,<br><br>            Defendant. | Case No. 4:21-cv-07478<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Dept.:       Courtroom 12 – 19th Floor<br><br>Date Filed: September 24, 2021<br><br>Trial Date:  Not yet set |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Jonathan Zubin and Defendant Coinbase, Inc. ("Coinbase"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 24, 2021, Plaintiff filed a Complaint against Coinbase (and various other defendants) in this matter, Dkt. 1;

WHEREAS, on October 27, 2021, Plaintiff filed a First Amended Complaint ("FAC") against Coinbase only, Dkt. 6;

WHEREAS, on November 3, 2021, Plaintiff filed a notice of partial dismissal, "voluntarily dismiss[ing] this action without prejudice" as to the three other defendants, Dkt. 10;

WHEREAS, on November 3, 2021, Plaintiff served a copy of the summons and FAC on Coinbase, such that Coinbase's deadline to answer or otherwise respond to the FAC would otherwise be November 24, 2021;

WHEREAS, the parties have met and conferred, and Plaintiff's counsel has explained that Mr. Zubin intends to withdraw from the case and will be replaced by a new named plaintiff;

WHEREAS, Coinbase has explained that it intends to file both (1) a motion to compel arbitration and (2) if necessary, a motion to dismiss the FAC or SAC;

WHEREAS, to conserve the parties' and the Court's resources, the parties have agreed to phase briefing for the aforementioned motions; and

WHEREAS, the parties have further agreed to a briefing schedule that takes into account the upcoming holidays and counsel's pre-existing commitments;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiff's counsel shall have until November 19, 2021 to file a Second Amended Complaint ("SAC") that removes Mr. Zubin and substitutes a new named plaintiff in his stead. The SAC will not include any new claims or name any defendant other than Coinbase.
2. Coinbase's counsel will accept service of the SAC on Coinbase's behalf.
3. Coinbase shall have until January 13, 2021 to file a Motion to Compel Arbitration ("MTC") without waiving its defenses and while preserving its right to file a

separate motion under Federal Rule of Civil Procedure ("Rule") 12 (or otherwise respond to the Complaint) at a later date.

4. The briefing schedule on Coinbase's anticipated MTC shall be as follows:

- Coinbase's MTC shall be due on January 13, 2022;
- Plaintiff's opposition shall be due on February 10, 2022;
- Coinbase's reply shall be due on February 24, 2022.

IT IS SO STIPULATED.

Dated: November 15, 2021                                KEKER, VAN NEST & PETERS LLP

By: */s/ Nicholas D. Marais*
STEVEN P. RAGLAND
NICHOLAS D. MARAIS

Attorneys for Defendant COINBASE, INC.

Dated: November 15, 2021                                LAW OFFICE OF MATTHEW D. CARLSON

By: */s/ Matthew D. Carlson*
MATTHEW D. CARLSON

Attorney for Plaintiff JONATHAN ZUBIN

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each signatory above has concurred in the filing of this document and has authorized the use of his or her electronic signature.

Dated: November 15, 2021                                */s/ Nicholas D. Marais*
Nicholas D. Marais

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

- Plaintiff's counsel shall have until November 19, 2021 to file a Second Amended Complaint that removes Mr. Zubin and substitutes a new named plaintiff in his stead. Plaintiff's counsel will not will not include any new claims or name any defendant other than Coinbase.

- Coinbase may first file a Motion to Compel Arbitration ("MTC") without waiving its defenses and while preserving its right to file a separate motion under Federal Rule of Civil Procedure 12 (or otherwise respond to the Complaint) at a later date.

- The briefing schedule on Coinbase's anticipated MTC shall be as follows:
    - Coinbase's motion shall be due on January 13, 2022;
    - Plaintiff's opposition shall be due on February 10, 2022;
    - Coinbase's reply shall be due on February 24, 2022;

Dated: November 17, 2021.

_____
Hon. William Alsup
United States District Judge