DocuSign Envelope ID: C0311EFE-2873-40EE-9354-0E77DF82889E

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABRAHAM BIELSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC.,<br><br>Defendant. | Case No. 3:21-cv-07478-WHA<br><br>**DECLARATION OF CARTER MCPHERSON-EVANS IN SUPPORT OF DEFENDANT COINBASE, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY**<br><br>Date:    March 10, 2022<br>Time:    8:00 a.m.<br>Dept.:   Courtroom 12 – 19th Floor<br>Judge:   Hon. William Alsup<br><br>Date Filed: September 24, 2021<br><br>Trial Date: None set |

DECLARATION OF CARTER MCPHERSON-EVANS IN SUPPORT OF COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1774061

DocuSign Envelope ID: C0311EFE-2873-40EE-9354-0E77DF82889E

I, Carter McPherson-Evans, declare as follows:

1. I submit this declaration in support of Coinbase, Inc.'s ("Coinbase's") Motion to Compel Individual Arbitration and to Stay. It is based on personal knowledge and follows reasonable investigation. If called upon as a witness to testify to the truth of these statements, I could do so competently under oath.

2. Coinbase is a digital currency exchange that provides an online platform for the buying, selling, transferring, and storing of digital currencies (e.g., bitcoin).

3. I have been employed at Coinbase since February 2017. I am currently a Regulatory Affairs Program Manager. In that capacity, I help ensure compliance with Coinbase's money licensing requirements, routinely review customer records to resolve customer disputes, and respond to regulatory inquiries.

4. As part of my job at Coinbase, I am familiar with the process by which prospective customers set up Coinbase accounts and accept the terms of the Coinbase User Agreement.

5. I am also familiar with the way in which user account information is electronically logged and stored at Coinbase, and I understand how to retrieve and interpret those records. Specifically, in the regular practice of its business, Coinbase maintains a log of various actions taken by users in connection with their Coinbase accounts (the "User Activity Log"). Entries in the User Activity Log are recorded automatically, via a software application known internally as "Admin," at or near the time of the events that the entries record. I am personally familiar with these records and use them to perform my job functions at Coinbase.

6. Coinbase provides its online platform and services to its users exclusively under the terms of the Coinbase User Agreement. Before a prospective user can access Coinbase's platform or services, they must first create a Coinbase account and affirmatively agree to the Coinbase User Agreement. Whenever a Coinbase user creates a Coinbase account and accepts the User Agreement, that information is recorded in the User Activity Log, which is stored and maintained in Admin. It is Coinbase's regular practice to use Admin to record entries in the User Activity Log, including a user's acceptance of the Coinbase User Agreement.

1

DECLARATION OF CARTER MCPHERSON-EVANS IN SUPPORT OF COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1774061

DocuSign Envelope ID: C0311EFE-2873-40EE-9354-0E77DF82889E

7. I understand that this lawsuit has been filed by Plaintiff Abraham Bielski. I have reviewed Coinbase's User Activity Log in Admin for event entries related to Mr. Bielski. The User Activity Log shows that Mr. Bielski created his Coinbase account and accepted the Coinbase User Agreement, using Coinbase's mobile iOS app, on April 10, 2021 at 1:32 p.m. PDT. A true and correct copy of a screenshot from Admin of the User Activity Log that shows Mr. Bielski accepted the Coinbase User Agreement on April 10, 2021 is attached as **Exhibit 1**.

8. I am familiar with the account creation and user agreement acceptance flow that existed at the time Mr. Bielski created his Coinbase account and accepted the Coinbase User Agreement. That procedure, which is identical to the procedure in place today, works as follows. First, to create a Coinbase account via the mobile app, a prospective user must download the Coinbase mobile app onto their mobile device. Then, on opening the mobile app and tapping "Get started," the prospective user is presented with a screen containing fields to provide his or her first and last name and email address, and to create a password. Below these fields is a verification checkbox next to the text: "I certify that I am 18 years of age or older, and I agree to the User Agreement and Privacy Policy." The words "User Agreement" and "Privacy Policy" were (and still are) highlighted in blue and hyperlinked, such that a user could click on those words to be taken to the full text of the User Agreement or Privacy Policy. Below this text is a button labeled "Create account" that will only be activated if all fields have been entered and the verification box has been checked. A true and correct screenshot of this account creation and user agreement acceptance flow on iOS is attached hereto as **Exhibit 2**.

9. To create an account, each prospective user *must* first complete each of the above fields, and they must confirm (by tapping the verification box) that they agree to the User Agreement before they can select "Create account." A user cannot tap "Create account"—and thus cannot create an account—without first checking the verification box to confirm their assent to the User Agreement. In other words, when Mr. Bielski created his Coinbase account, it was (and still would be) impossible for him to do so without expressly indicating that he agreed to the User Agreement.

2
DECLARATION OF CARTER MCPHERSON-EVANS IN SUPPORT OF COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1774061

10. In addition, the attached screenshot of the User Activity Log shows that Mr. Bielski checked the verification box on the registration page in the Coinbase mobile app, confirming that he agreed to the Coinbase User Agreement, on April 10, 2021.  *See* Ex. 1.

11. In reviewing Coinbase's records, I have confirmed that Mr. Bielski first used his account to buy or sell digital currencies on April 11, 2021.

12. Coinbase's current User Agreement is publicly available online at https://www.coinbase.com/legal/user_agreement/united_states.

13. I have reviewed the April 9, 2021 version of the User Agreement filed herewith, *see* Coinbase's Request for Judicial Notice, Ex. A, and confirmed that it is the version of the User Agreement that Mr. Bielski accepted on April 10, 2021.  This version of the User Agreement was published on April 9, 2021 and remained in effect, with no changes, until June 2021.

14. Attached hereto as **Exhibit 3** is a true and correct copy of Coinbase's current User Agreement.  As of the date of this declaration, the arbitration clause in the current Coinbase User Agreement is identical to the arbitration clause in the April 9, 2021 User Agreement (which Mr. Bielski accepted on April 10, 2021).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 12, 2022 in Phoenix, Arizona.



CARTER MCPHERSON-EVANS

3
DECLARATION OF CARTER MCPHERSON-EVANS IN SUPPORT OF COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1774061