# EXHIBIT 1

Mark event as unauthorized ⚿

| User | Abraham Bielski |
|---|---|
| Performing User | -- |
| Device | -- |
| User Agent | |
| IP Address | 73.224.9.148 |
| Location | Not Available |
| Source | api |
| Application | |
| Action | accepted_user_agreement |
| Created | 2021-04-10 1:32 PM PDT |

| Device Info | | |
|---|---|---|
| | _id | 60720b4ea9c7341a1a2bee43 |
| | browser_threads | 1 |
| | components | |
| | fonts | |
| | plugins | |
| | screen_available_height | 0 |
| | screen_available_width | 0 |
| | screen_chrome_height | 0 |
| | screen_chrome_width | 0 |
| | screen_depth | 24 |
| | screen_height | 0 |
| | screen_retina | 1 |
| | screen_width | 0 |
| | timezone_locale | |
| | timezone_offset_summer | 0 |
| | timezone_offset_winter | 0 |
| | timezone_string | |
| | header_user_agent | Coinbase/9.18.5 (com.vilcsak.bitcoin2; build:91805; iOS 14.4.2) |
| | header_accept | application/json |
| | header_accept_language | en-us |
| | header_accept_encoding | gzip |

| Params | | |
|---|---|---|
| | country | US |
| | version | united_states |