# EXHIBIT 2

◀ Search

✕

# Create your account

**First Name**

| John |

**Last Name**

| Smith |

**Email**

| john@smith.com |

**Password**

|                                    👁 |

Looks Good                                              ✓

☐ I certify that I am 18 years of age or older, and I agree to the **User Agreement** and **Privacy Policy**

**Create account**

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.