KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABRAHAM BIELSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COINBASE, INC.<br><br>Defendant. | Case No. 3:21-cv-07478-WHA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COINBASE, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY**<br><br>Date:         March 10, 2022<br>Time:        8:00 a.m.<br>Dept.:       Courtroom 12 – 19th Floor<br>Judge:       Hon. William Alsup<br><br>Date Filed: September 24, 2021<br><br>Trial Date: None set |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1806467

Defendant Coinbase, Inc. requests that the Court take judicial notice of **Exhibit A** (attached hereto) and its contents pursuant to Federal Rule of Evidence 201. Exhibit A is a true and correct copy of the webpage currently located at the URL https://web.archive.org/web/20210410232422/https://www.coinbase.com/legal/user_agreement/united_states.[1] This webpage—obtained from the Internet Archive's "Wayback Machine"—is an archived screenshot of Coinbase's User Agreement as it appeared at https://www.coinbase.com/legal/user_agreement/united_states on April 10, 2021, at 23:24:22 GMT (3:24:22 p.m. PDT). *See Parziale v. HP, Inc.*, 2020 WL 5798274, at *2 (N.D. Cal. Sept. 29, 2020) ("The Internet Archive Wayback Machine is a service that allows people to visit archived versions of Web sites." (quotation marks omitted)).

Courts may take judicial notice of facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b). Facts are not subject to reasonable dispute when they (1) are "generally known within the trial court's territorial jurisdiction" or (2) can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* Judicial notice of Exhibit A is proper because its contents "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.* Numerous courts—including several judges in this district—have held that the contents of historical webpages available through the Wayback Machine are judicially noticeable. *See, e.g.*, *Parziale*, 2020 WL 5798274, at *3 (taking judicial notice of "a historical [website] snapshot" from the Wayback Machine, finding the page to be "inherently reliable" and its authenticity "not reasonably subject to dispute"); *Gardiner v. Walmart, Inc.*, 2021 WL 4992539, at *5, n.1 (N.D. Cal. July 28, 2021) (taking judicial notice of contents of archived web pages available through the Wayback Machine); *Arroyo v. IA Lodging Santa Clara, LLC*, 2021 WL 2826707, at *2 (N.D. Cal. July 7, 2021) (same, noting that "[p]ublic records and documents on publicly available websites are proper subjects of judicial notice"); *see also Valve Corp. v. Ironburg Inventions Ltd.*, 8 F.4th 1364 (Fed. Cir. 2021) (holding that "the

---

[1] The Internet Archive assigns a URL on its site to the archived files in the format "http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]." Accordingly, the above-referenced archive.org URL reflects a snapshot of the webpage https://www.coinbase.com/legal/user_agreement/united_states that was captured on April 10, 2021 at 23:24:22 GMT.

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1806467

contents of webpages available through the Wayback Machine" are judicially noticeable under FRE 201(b)(2)); *Pohl v. MH Sub I, LLC*, 332 F.R.D. 713, 716 (N.D. Fla. 2019) (following "the overwhelming number of courts that have decided the issue" and taking "judicial notice of the contents of WayBack Machine evidence because they 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'").

For these reasons, Coinbase respectfully requests that the Court take judicial notice of Exhibit A attached hereto.[2]

Dated: January 13, 2022

KEKER, VAN NEST & PETERS LLP

By: /s/ Nicholas D. Marais
STEVEN P. RAGLAND
NICHOLAS D. MARAIS
W. HAMILTON JORDAN

Attorneys for Defendant COINBASE, INC.

---

[2] Although numerous courts have taken notice of historical website snapshots from the Wayback Machine without requiring authentication from the Internet Archive itself, Coinbase is willing—should this Court require it—to seek an authenticating declaration directly from the Internet Archive. *See* https://archive.org/legal/ (providing a process for requesting a declaration or affidavit from the Internet Archive, but requesting that, "[b]efore asking the Internet Archive to authenticate your documents," parties first seek judicial notice).

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT COINBASE, INC.'S
MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO STAY
Case No. 3:21-cv-07478-WHA

1806467