1  Matthew D. Carlson (State Bar No. 273242)
   mdcarlson@mdcarlsonlaw.com
2  LAW OFFICE OF MATTHEW D. CARLSON
3  3959 N. Buffalo Road, Suite 29
   Orchard Park, NY 14127
4  Telephone: (716) 242-1234

5  Attorney for Plaintiff ABRAHAM BIELSKI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRHAM BIELSKI, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC.,<br><br>Defendant. | Case No.: 3:21-cv-07478-WHA<br><br>**DECLARATION OF ABRAHAM BIELSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     March 10, 2022<br>Time:    8:00 a.m.<br>Judge:   Hon. William H. Alsup<br>Ctrm.:   12 – 19th Floor<br><br>Complaint Filed: September 24, 2021 |

I, Abraham Bielski, declare as follows:

1. I am the named Plaintiff in this action, and I submit this declaration in support of my Opposition to Defendant's Motion to Compel Arbitration. I have personal knowledge of the information set forth in this Declaration.

2. To the best of my recollection, I recall opening my Coinbase account in May of 2021. However, I have no reason to dispute Coinbase's evidence that shows I opened my account in April 2021.

3. When I opened my account, I vaguely recall clicking a box that stated that I agreed to Coinbase's User Agreement. However, I was not required to scroll through the User Agreement before accepting it.

4. Coinbase did not give me an opportunity to negotiate the terms of the User Agreement, which were presented to me on a "take it or leave it" basis.

5. I have not used Coinbase since the implementation of its most recent User Agreement.

6. I opened my Coinbase account to try trading in cryptocurrencies, such as Bitcoin.

7. On September 8 and 9, 2021, I became the target of a scam by an individual who purported to be a representative of PayPal. I granted this individual remote access to my computer, which access the perpetrator used to transfer the entirety of my funds from my Coinbase account – USD 31,039.06 – to the perpetrator's account.

8. Upon discovering that my account had been compromised, I initiated a "live chat" with whom I first thought was a live Coinbase customer service representative. While I do not have a transcript of this interaction, I recall realizing that Coinbase's "representative" appeared to be a "bot" and provided only template responses and offered no meaningful help whatsoever. I then repeatedly attempted to call Coinbase customer service at the telephone number the User Agreement instructed me to call in the event of my account being compromised but was unable to reach anyone. I subsequently wrote two letters to Coinbase at its San Francisco address on September 10 and September 21, 2021,

imploring Coinbase to help me.[1] Coinbase never responded to any of my repeated inquiries until after I added my name to this case, after which Coinbase sent me multiple, apparently automated, inquiries.

9. I never submitted to Coinbase a "Formal Complaint" or used the "Formal Complaint Process" pursuant to the User Agreement concerning this dispute (or any other dispute).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  2/8/2022 , in  Jacksoville , Florida.

By: *Abraham Bielski*
Abraham Bielski

---

[1] My correspondence to Coinbase included all information required by paragraph 8.1 of the User Agreement.

2
DECLARATION OF ABRAHAM BIELSKI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
3:21-cv-07478-WHA