Matthew D. Carlson (State Bar No. 273242)
mdcarlson@mdcarlsonlaw.com
LAW OFFICE OF MATTHEW D. CARLSON
3959 N. Buffalo Road, Suite 29
Orchard Park, NY 14127
Telephone: (716) 242-1234

Attorney for Plaintiff ABRAHAM BIELSKI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABRHAM BIELSKI, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC.,<br><br>Defendant. | **Case No.: 3:21-cv-07478-WHA**<br><br>**DECLARATION OF HUNG PHAN**<br><br>Date:   March 10, 2022<br>Time:   8:00 a.m.<br>Judge:  Hon. William H. Alsup<br>Ctrm.:  12 – 19th Floor<br><br>Complaint Filed: September 24, 2021 |

I, Hung Phan, declare as follows:

1. I have personal knowledge of the information set forth in this Declaration.

2. Attached hereto as **Exhibit A** is true and correct copy (except for redactions and highlighting my attorney added) of an email I received from Coinbase on January 25, 2022, informing me that I supposedly owe Coinbase $1,000. Coinbase sent me this email in response to the Formal Complaint I submitted to Coinbase concerning unauthorized transfers of funds from my Coinbase account.

3. On December 1, 2021, I noticed my Chase bank account showed an unauthorized $1,000 payment to Coinbase (I used my Chase bank account to fund my Coinbase account). I immediately notified Coinbase, and I was told the support team would investigate the matter and Coinbase locked my account. I also notified Chase that the transaction was unauthorized, and Chase reversed the transaction. Unfortunately, as I learned later from Coinbase, this transfer was only the tip of the iceberg – someone, or more than one person, had emptied my Coinbase account of approximately $69,000 via unauthorized electronic fund transfers.[1] Now, in addition to having my Coinbase funds stolen, Coinbase contends that I owe it money as a result of the reversed transaction from my Chase account. However, Coinbase has not attempted to engage in any sort of dispute resolution process and/or arbitration with me with respect to its supposed claim, nor does the Coinbase User Agreement I agreed to set forth any procedure for Coinbase to do so.

//

//

//

---

[1] While I do not know for sure what the perpetrator(s)' intentions were with respect to the attempted $1,000 transfer from Chase, my best guess is they were testing their ability to re-fund my Coinbase account, purchase cryptocurrency, and then steal the newly purchased cryptocurrency. The perpetrator(s) were limited to attempting to transfer a comparatively small sum from my Chase to my Coinbase account because my Chase account settings permitted only relatively small transfers without my approval.

1
2       I declare under penalty of perjury under the laws of the United States of America that the
3  foregoing is true and correct.
4       Executed on  2/7/2022    , in  Grand Prairie  , Texas.
5
6                                             By: _Hung Phan_
7                                                 Hung Phan
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A



**From:** Coinbase Support <help@coinbase.com>
**Date:** January 25, 2022 at 3:49:52 AM CST
**To:**
**Subject: [Reply] Case #09065631 - Complaint #09065631**

25 January 2022

**Re: Your Formal Complaint to Coinbase**

Hello Hung Phan,

We are writing in response to your 14 December 2021 complaint regarding unauthorized transactions on your Coinbase account.

Section 7.12 of the User Agreement specifically states that users are responsible for maintaining adequate security and control of any and all access methods and codes used to access Coinbase. Here, you allege that a third-party gained access to your account and sent the funds in question to an external blockchain address. That same User Agreement also provides that Coinbase is not responsible for any loss suffered due to compromise of account login credentials due to no fault of Coinbase. As a result, while we are sympathetic to your situation, Coinbase is unable to reimburse you for your loss. Additionally, due to blockchain protocol, Coinbase is not able to reverse this transaction.

In addition, a review of your account shows that on 12/1/2021 you authorized a purchase of 0.01720548 BTC via Chase - ████████████████████. On 12-03-2021 the payment for the 0.01720548 BTC transaction was reversed by your bank as it was "Customer Advises Not Authorized (R10)" which resulted in a negative balance of **$1,000**.

| Date | Wallet | Transaction | Description and Amounts |
|---|---|---|---|
| 12/1/2021 16:21:00 | BTC Wallet | Buy | On 12-01-2021 16:21 PDT, you initiated a Buy of 0.01720548 BTC using Chase - ████████████████. This was successfully credited to your Coinbase account instantly.<br><br>On 12-03-2021 15:01 PDT, your payment of 1,000.00 USD was reversed citing the error Customer Advises Not Authorized (R10), which resulted in an outstanding balance of -$1,000.00 USD. |

==You must reimburse Coinbase for this negative balance in order to use your account again.==

Section 3.10 of Coinbase's User Agreement, which governs your account and relationship with Coinbase, states "If your payment is not successful, if your payment method has insufficient funds, or if you reverse a payment made from funds in your bank account, you authorize Coinbase, in its sole discretion, either to cancel the transaction or to debit your other payment methods, including your USD Wallet or Digital Currency Wallet balances or other linked accounts, in any amount necessary to complete the transaction."

We hope this information is helpful to you in showing why Coinbase came to this decision.

Kind Regards,
**David**
Coinbase Customer Complaint Officer

--------------- Original Message ---------------
**From:** Coinbase Support [help@coinbase.com]
**Sent:** 1/1/2022 4:01 PM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** [Reply] Case# 09065631 - Complaint #09065631



Hello,

Thanks for filing a Formal Complaint with Coinbase.

The Disputes Team is currently looking into your Complaint and we require some more time to fully investigate and respond to you. Please allow up to 20 business days to fully investigate your complaint and provide you with a Resolution Notice.

Thanks for your patience, we will provide you with a response as soon as possible.

Thank you,
Coinbase Support

©2022 Coinbase
www.coinbase.com | Help Center | User Agreement and Privacy Policy

