UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF  CALIFORNIA, NORTHERN

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cv-07478-WHA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: September 24, 2021

Date of judgment or order you are appealing: April 8, 2022

Docket entry number of judgment or order you are appealing: 42

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes ☐ No ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Coinbase, Inc.

Is this a cross-appeal? ☐ Yes ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:       State:       Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/   Date April 18, 2022

Form 1                                                                                 *Rev. 12/01/2021*

American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Coinbase, Inc.

Name(s) of counsel (if any):
Steven P. Ragland (SBN 221076); Nicholas D. Marais (SBN 277846)
Keker, Van Nest & Peters LLP

Address: 633 Battery Street, San Francisco, CA   94111

Telephone number(s): 415-391-5400

Email(s): sragland@keker.com; nmarais@keker.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ☒ Yes   ☐ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Abraham Bielski

Name(s) of counsel (if any):
Matthew D. Carlson
Law Office of Matthew D. Carlson

Address: 3959 N. Buffalo Road, Suite 29, Orchard Park, NY   14127

Telephone number(s): 716-242-1234

Email(s): mdcarlson@mdcarlsonlaw.com

*To list additional parties and/or counsel, use next page.*

| Form 6 | 1 | American LegalNet, Inc.<br>www.FormsWorkFlow.com | *New 12/01/2018* |