| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | Matthew D. Carlson (State Bar No. 273242) |
| STEVEN P. RAGLAND - # 221076 | mdcarlson@mdcarlsonlaw.com |
| sragland@keker.com | LAW OFFICE OF MATTHEW D. CARLSON |
| NICHOLAS D. MARAIS - # 277846 | 3959 N. Buffalo Road, Suite 29 |
| nmarais@keker.com | Orchard Park, NY 14127 |
| W. HAMILTON JORDAN - # 295004 | Telephone: (716) 242-1234 |
| wjordan@keker.com | |
| 633 Battery Street | Attorney for Plaintiff ABRAHAM BIELSKI |
| San Francisco, CA 94111-1809 | |
| Telephone:    415 391 5400 | |
| Facsimile:    415 397 7188 | |

Attorneys for Defendant COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABRAHAM BIELSKI, on behalf of himself and all others similarly situated, | Case No. 3:21-cv-07478-WHA |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| v. | Dept.:      Courtroom 12 – 19th Floor |
| COINBASE, INC. | Judge:      Hon. William Alsup |
| Defendant. | Date Filed: September 24, 2021 |
| | Trial Date:  None set |

1852372

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Abraham Bielski and Defendant Coinbase, Inc. ("Coinbase"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 17, 2021, pursuant to the parties' stipulation, this Court ordered that Coinbase could first file a motion to compel arbitration ("MTC") without waiving its defenses and while preserving its right to file a separate motion under Federal Rule of Civil Procedure ("Rule") 12 or otherwise respond to Plaintiff's Second Amended Complaint at a later date, *see* Dkt. 20;

WHEREAS, on November 19, 2021, Mr. Bielski filed the operative Second Amended Complaint ("SAC"), *see* Dkt. 22;

WHEREAS, on April 8, 2022, this Court denied Coinbase's MTC, *see* Dkt. 42;

WHEREAS, on April 18, 2022, Coinbase filed a notice of interlocutory appeal to the Ninth Circuit of this Court's order pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1), *see* Dkt. 43;

WHEREAS, the parties have met and conferred, and Coinbase has explained that it will soon file a motion to stay these proceedings pending appeal;

WHEREAS, to conserve the parties' and the Court's resources, the parties have agreed that it will be more efficient to resolve Coinbase's motion to stay before proceeding to its motion to dismiss the SAC;

WHEREAS, on April 22, 2022, this Court set an initial case management conference ("CMC") for May 12, 2022, *see* Dkt. 44;

WHEREAS, the parties agree that, with the Court's permission, it would also be more efficient to continue the CMC until after the Court has ruled on Coinbase's motions;

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1.      Coinbase shall have until May 5, 2022 to file its Motion to Stay Pending Appeal ("MTS").

2.      If this Court denies Coinbase's MTS, Coinbase shall have 21 days from the date of such order to file a Motion to Dismiss ("MTD") or otherwise respond to the SAC.

1852372

3.      With respect to Coinbase's MTD, the parties' briefs shall be due as follows:

- Plaintiff's opposition shall be due 21 days after Coinbase files its opening brief;

- Coinbase's reply shall be due 14 days after Plaintiff files his opposition.

4.      With the Court's approval, the initial CMC—currently scheduled for May 12, 2022—shall be continued until after the Court has ruled on these motions.


IT IS SO STIPULATED.


Dated:  April 28, 2022                                  LAW OFFICE OF MATTHEW D. CARLSON


                                                  By:    /s/ Matthew D. Carlson
                                                         MATTHEW D. CARLSON

                                                         Attorneys for Plaintiff ABRAHAM BIELSKI


Dated:  April 28, 2022                                  KEKER, VAN NEST & PETERS LLP


                                                  By:    /s/ Nicholas D. Marais
                                                         STEVEN P. RAGLAND
                                                         NICHOLAS D. MARAIS
                                                         W. HAMILTON JORDAN

                                                         Attorneys for Defendant COINBASE, INC.


### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that each signatory above has concurred in the filing of this document and has authorized the use of his or her electronic signature.


Dated:  April 28, 2022                                  /s/ Nicholas D. Marais
                                                         Nicholas D. Marais

STIPULATION AND ORDER REGARDING CASE SCHEDULE
Case No. 3:21-cv-07478-WHA

1852372

1

**ORDER**

2
PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

3
- Coinbase shall have until May 5, 2022 to file a Motion to Stay Pending Appeal

4
("MTS").

5
- If this Court denies Coinbase's MTS, Coinbase shall have 21 days from the date of

6
such order to file a Motion to Dismiss ("MTD") or otherwise respond to the SAC.

7
- With respect to Coinbase's MTD, the parties' briefs shall be due **on the**

8
**standard 35-day track**.

9
- The initial CMC—currently scheduled for May 12, 2022—is hereby **continued**

10
**until the hearing on the MTD.  Should Coinbase not file a**

11
**motion to dismiss, the CMC shall be rescheduled**

12
**accordingly**.

13

14

15

16
Dated:  May 2, 2022.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING CASE SCHEDULE
Case No. 3:21-cv-07478-WHA

1852372