Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
Wesley M. Griffith (State Bar No. 286390)
*wgriffith@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900

Matthew D. Carlson (State Bar No. 273242)
*mdcarlson@mdcarlsonlaw.com*
**LAW OFFICE OF MATTHEW D. CARLSON**
3959 North Buffalo Road, Suite 29
Orchard Park, New York 14127
Telephone: (716) 242-1234

*Counsel for Plaintiff Abraham Bielski*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ABRAHAM BIELSKI, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COINBASE, INC.,<br><br>　　　　　　Defendant. | Case No. 3:21-cv-07478-WHA<br><br>**NOTICE OF APPEARANCE FOR PLAINTIFF BY SABITA J. SONEJI**<br><br>Department: Courtroom 12 – 19th Floor<br>Judge: Honorable William H. Alsup<br><br>Date Filed: September 24, 2021<br><br>Trial Date: None set |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned attorney Sabita J. Soneji hereby enters her appearance in the above-captioned case as counsel of record for Plaintiff Abraham Bielski and the putative class. Counsel is a member of the State Bar of California and is admitted to practice in the Northern District of California. Please serve counsel with copies of all pleadings, papers, and notices in this action as follows:

> Sabita J. Soneji
> *ssoneji@tzlegal.com*
> **TYCKO & ZAVAREEI LLP**
> 1970 Broadway, Suite 1070
> Oakland, California 94612
> Telephone: (510) 254-6808

Date: August 2, 2022                                             **TYCKO & ZAVAREEI LLP**

By: */s/ Sabita J. Soneji*
Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
Wesley M. Griffith (State Bar No. 286390)
*wgriffith@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900

Matthew D. Carlson (State Bar No. 273242)
*mdcarlson@mdcarlsonlaw.com*
**LAW OFFICE OF MATTHEW D. CARLSON**
3959 North Buffalo Road, Suite 29
Orchard Park, New York 14127
Telephone: (716) 242-1234

*Counsel for Plaintiff Abraham Bielski*