# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 3, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Coinbase, Inc.
           v. Abraham Bielski
           No. 22-105
           (Your No. 22-15566; 22-15209)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 29, 2022 and placed on the docket August 3, 2022 as No. 22-105.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst