| | |
|---|---|
| Sabita J. Soneji (State Bar No. 224262) | Fred Norton (State Bar No. 224725) |
| ssoneji@tzlegal.com | fnorton@nortonlaw.com |
| Wesley M. Griffith (State Bar No. 286390) | Bree Hann (State Bar No. 215695) |
| wgriffith@tzlegal.com | bhann@nortonlaw.com |
| **TYCKO & ZAVAREEI LLP** | Nathan Walker (State Bar No. 206128) |
| 1970 Broadway, Suite 1070 | nwalker@nortonlaw.com |
| Oakland, California 94612 | Gil Walton (State Bar No. 324133) |
| Telephone: (510) 254-6808 | gwalton@nortonlaw.com |
| | |
| Hassan A. Zavareei (State Bar No. 181547) | **THE NORTON LAW FIRM PC** |
| hzavareei@tzlegal.com | 299 Third Street, Suite 200 |
| **TYCKO & ZAVAREEI LLP** | Oakland, California 94607 |
| 1828 L Street, Northwest, Suite 1000 | Telephone: (510) 906-4900 |
| Washington, District of Columbia 20036 | |
| Telephone: (202) 973-0900 | *Counsel for Defendant Coinbase, Inc.* |

Matthew D. Carlson (State Bar No. 273242)
mdcarlson@mdcarlsonlaw.com
**LAW OFFICE OF MATTHEW D. CARLSON**
3959 North Buffalo Road, Suite 29
Orchard Park, New York 14127
Telephone: (716) 242-1234

*Counsel for Plaintiff Abraham Bielski*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ABRAHAM BIELSKI, *on behalf of himself and all others similarly situated*, | Case No. 3:21-cv-07478-WHA |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| v. | Department: Courtroom 12 – 19th Floor |
| COINBASE, INC., | Judge: Honorable William H. Alsup |
| Defendant. | Date Filed: September 24, 2021 |
| | Trial Date: None set |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Abraham Bielski and Defendant Coinbase, Inc. ("Coinbase"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Tycko & Zavareei LLP ("TZ") became co-counsel for Plaintiff on or about August 2, 2022 (*see* ECF Nos. 64-66);

WHEREAS, TZ is still in the process of familiarizing itself with the full factual and legal record in this proceeding, related appeal of the order denying arbitration (Ninth Circuit Case No. 22-15566), and related United States Supreme Court proceedings (U.S. Supreme Court Case No. 22A91 (application to stay district court and Ninth Circuit proceedings pending disposition of a petition for writ of certiorari), No. 22-105 (petition for writ of certiorari));

WHEREAS, Coinbase has answered the Second Amended Complaint (ECF No. 63), which is the operative pleading in this action;

WHEREAS, the Case Management Conference in this action is currently set for August 25, 2022 with a joint case management statement due one week prior (ECF No. 56);

WHEREAS, Plaintiff believes that additional time for his counsel to familiarize themselves with the factual and legal record in this proceeding and to meet and confer with Defendant will ultimately lead to a more efficient case management process for the Court and the parties;

WHEREAS, Defendant, as a professional courtesy, does not object to Plaintiff's counsel taking this additional time;

WHEREAS, the initial Case Management Conference in this action was *sua sponte* continued on the Court's own motion upon reassignment (ECF No. 19) and whereas the Case Management Conference was previously once vacated and once continued by stipulation of the parties and order of the Court (ECF Nos. 25 (date vacated) 56 (date continued));

WHEREAS, a short continuance of the Case Management Conference will not affect any other court-ordered deadlines in this action, except the deadline to file the joint case management statement;

WHEREAS, this stipulation is entered into in good faith and not for purposes for delay.

NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Case Management Conference currently set for August 25, 2022 is continued to September 22, 2022 at 11:00 AM or such other date and time as set by the Court.

2. The joint case management statement shall be filed at least seven (7) days in advance of the Case Management Conference.

Date: August 8, 2022                              **TYCKO & ZAVAREEI LLP**

                                                  By: /s/ *Sabita J. Soneji*
                                                      Sabita J. Soneji

                                                  *Counsel for Plaintiff Abraham Bielski*

Date: August 8, 2022                              **THE NORTON LAW FIRM PC**

                                                  By: /s/ *Bree Hann*
                                                      Bree Hann

                                                  *Counsel for Defendant Coinbase, Inc.*

### ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I attest that each signatory above has concurred in the filing of this document and has authorized the use of her electronic signature.

Date: August 8, 2022                              /s/ *Sabita J. Soneji*
                                                  Sabita J. Soneji

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

    1.    The Case Management Conference currently set for August 25, 2022 is continued to September 22, 2022 at 11:00 AM or such other date and time as set by the Court.

    2.    The joint case management statement shall be filed at least seven (7) days in advance of the Case Management Conference.

Date: _____

                      The Hon. William H. Alsup
                      UNITED STATES DISTRICT JUDGE