UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAHAM BIELSKI, DZHURA BINYAMINOV, and AURYAN SAJJADI, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COINBASE, INC.,

Defendant.

No. C 21-07478 WHA

**ORDER RE HEARING ON MOTION TO DISMISS AND NEW MOTION TO COMPEL ARBITRATION**

Our court of appeals is reviewing the denial of a motion to compel arbitration of the claims of plaintiff Abraham Bielski (Dkt. No. 42).

Between defendant's notice of appeal and oral argument in that appeal two days ago, the Supreme Court granted certiorari on a question involving the district court's jurisdiction to proceed with litigation while appeal of a denial of a motion to compel arbitration is pending. At oral argument on Tuesday, our court of appeals stated that it will wait to issue its ruling until the Supreme Court weighs in.

In light of the pendency of this action in the Supreme Court and the Court of Appeals for the Ninth Circuit, briefing in this district court will continue but oral argument will be postponed for defendant's motion to dismiss and motion to compel arbitration of the claims of plaintiffs Dzhura Binyaminov and Auryan Sajjadi.

The hearing set for April 27, 2023, is hereby **VACATED** and **CONTINUED**.

**IT IS SO ORDERED.**

Dated: February 16, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE