Case: 22-15566, 06/23/2023, ID: 12741273, DktEntry: 75, Page 1 of 1

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ABRAHAM BIELSKI, on behalf of himself and all others similarly situated, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> COINBASE, INC., <br><br> Defendant-Appellant. | No. 22-15566 <br><br> D.C. No. 3:21-cv-07478-WHA <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: MILLER, SANCHEZ, and MENDOZA, Circuit Judges.

The court heard oral argument in this case on February 14, 2023, and deferred submission pending the Supreme Court's decision in *Coinbase, Inc. v. Bielski*, No. 22-105 (Docket No. 75). The Supreme Court published its decision on June 23, 2023. This case is resubmitted on June 23, 2023.