Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Matthew D. Carlson (State Bar No. 273242)
*mdcarlson@mdcarlsonlaw.com*
**LAW OFFICE OF MATTHEW D. CARLSON**
3959 North Buffalo Road, Suite 29
Orchard Park, New York 14127
Telephone: (716) 242-1234

*Counsel for Plaintiff*

George C. Harris (State Bar No. 111074)
*gharris@nortonlaw.com*
Leah Judge (State Bar No. 302406)
*ljudge@nortonlaw.com*
**THE NORTON LAW FIRM PC**
299 Third Street, Suite 200
Oakland, California 94607
Telephone: (510) 906-4900

*Counsel for Defendant Coinbase, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ABRAHAM BIELSKI, *on behalf of himself and all others similarly situated*,

Plaintiffs,

v.

COINBASE, INC.,

Defendant.

Case No. 3:21-cv-07478-WHA

**JOINT STATUS REPORT**

Courtroom: 12, 19th Floor

Judge: Hon. William H. Alsup

Action Filed: September 24, 2021

Plaintiff Abraham Bielski and Defendant Coinbase, Inc. (together the "Parties") submit this Joint Status Report pursuant to the Court's May 29, 2024 Order.

AAA first proposed an arbitrator on August 23, 2024. Coinbase rejected that proposed arbitrator on August 30, 2024. It took until October 8, 2024 for the AAA to confirm the second proposed arbitrator, Julee L. Milham (the "Arbitrator"). On November 1, 2024, Parties had a preliminary hearing with the Arbitrator to agree on a proposed case schedule and discuss the parties' views about upcoming motions. The Parties agreed that they will brief the issue of arbitrability first, with opening and responsive briefs due December 6 and December 20, 2024, respectively. The Parties have further agreed on the following case schedule:

- Exchange of documents will occur by December 20, 2024;
- Dispositive motions are due by March 28, 2025;
- Replies to dispositive motions are due by April 11, 2025;
- Exchange of witness lists and exhibit lists will occur by May 16, 2025;
- Exchange of pre-marked exhibits for the hearing will be due by July 11, 2025;
- Pre-hearing briefs are due by July 11, 2025;
- A final status conference will occur on July 25, 2025; and
- An evidentiary hearing will be conducted on August 8 and 11, 2025.

The Parties and the Arbitrator have committed to move the arbitration forward as quickly as possible.

The Parties do not currently have any issues that require the Court's attention.

Date: November 4, 2024

**TYCKO & ZAVAREEI LLP**

By: */s/ Sabita J. Soneji*
Sabita J. Soneji

*Counsel for Plaintiffs*

Date: November 4, 2024

**THE NORTON LAW FIRM PC**

By: /s/ *George C. Harris*
George C. Harris

*Counsel for Defendant Coinbase, Inc.*

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that each signatory above has concurred in the filing of this document and has authorized the use of their electronic signature.

Date: November 4, 2024

/s/ *Sabita J. Soneji*
Sabita J. Soneji