Sabita J. Soneji (State Bar No. 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808

Hassan A. Zavareei (State Bar No. 181547)
*hzavareei@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900

Matthew D. Carlson (State Bar No. 273242)
*mdcarlson@mdcarlsonlaw.com*
**LAW OFFICE OF MATTHEW D. CARLSON**
3959 North Buffalo Road, Suite 29
Orchard Park, New York 14127
Telephone: (716) 242-1234

*Counsel for Plaintiff*

George C. Harris (SBN 111074)
gharris@nortonlaw.com
Fred Norton (State Bar No. 224725)
norton@nortonlaw.com
Bree Hann (State Bar No. 215695)
bhann@nortonlaw.com
Nathan Walker (State Bar No. 206128)
nwalker@nortonlaw.com
Gilbert Walton (State Bar No. 324133)
gwalton@nortonlaw.com
Celine G. Purcell (State Bar No. 305158)
cpurcell@nortonlaw.com
Josephine Petrick (State Bar No. 280233)
jpetrick@nortonlaw.com
Leah Judge (SBN 302406)
ljudge@nortonlaw.com
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

ABRAHAM BIELSKI, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

COINBASE, INC.,

Defendant.

Case No. 3:21-cv-07478-WHA

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Courtroom: 12, 19th Floor
Judge: Hon. William H. Alsup

Action Filed: September 24, 2021

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Abraham Bielski and Defendant Coinbase, Inc., and their respective counsel, that Plaintiff's individual claims in the above-captioned action are voluntarily dismissed with prejudice and that the class claims in the above-captioned action are voluntarily dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties shall each bear their own respective attorneys' fees and costs.

Date: April 1, 2025

*/s/ Sabita J. Soneji*

Sabita J. Soneji (SBN 224262)
*ssoneji@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (SBN 181547)
*hzavareei@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Matthew D. Carlson (SBN 273242)
*mdcarlson@mdcarlsonlaw.com*
**LAW OFFICE OF MATTHEW D. CARLSON**
3959 North Buffalo Road, Suite 29
Orchard Park, New York 14127
Telephone: (716) 242-1234

*Counsel for Plaintiff*

Date: April 1, 2025

*/s/ George C. Harris*

George C. Harris (SBN 111074)
gharris@nortonlaw.com
Fred Norton (State Bar No. 224725)
norton@nortonlaw.com
Bree Hann (State Bar No. 215695)
bhann@nortonlaw.com
Nathan Walker (State Bar No. 206128)
nwalker@nortonlaw.com
Gilbert Walton (State Bar No. 324133)
gwalton@nortonlaw.com
Celine G. Purcell (State Bar No. 305158)
cpurcell@nortonlaw.com
Josephine Petrick (State Bar No. 280233)
jpetrick@nortonlaw.com
Leah Judge (SBN 302406)
ljudge@nortonlaw.com
**THE NORTON LAW FIRM PC**
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900

*Counsel for Defendant*

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: April 1, 2025

*/s/ Sabita J. Soneji*
Sabita J. Soneji

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

______________________________
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE